IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTIAN GILSTRAP, et al.,

Plaintiff,

v.

APPLE INC., et al.,

Defendant.

CASE NO. CV 11 4035 EDL

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Steve W. Berman , whose business address and telephone number is

HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300, Seattle, WA 98101; Tel.: (206) 623-7292

and who is an active member in good standing of the bar of U.S.D.C. W.D. Washington having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiffs

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/31/2011



IT IS SO ORDERED
Judge Elizabeth D. Laporte