| | |
|---|---|
| 1 | RAOUL D. KENNEDY (STATE BAR NO. 40892) |
|   | Raoul.Kennedy@skadden.com |
| 2 | RICHARD S. HORVATH, JR. (STATE BAR NO. 254681) |
|   | Richard.Horvath@skadden.com |
| 3 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|   | 525 University Avenue, Suite 1100 |
| 4 | Palo Alto, California 94301 |
|   | Telephone: (650) 470-4500 |
| 5 | Facsimile: (650) 470-4570 |
| 6 | PAUL M. ECKLES (STATE BAR NO. 181156) |
|   | Paul.Eckles@skadden.com |
| 7 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|   | 4 Times Square |
| 8 | New York, New York 10036 |
|   | Telephone: (212) 735-3000 |
| 9 | Facsimile: (212) 735-2000 |
| 10 | Attorneys for Specially Appearing Defendant |
|   | HARPERCOLLINS PUBLISHERS L.L.C. |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTIAN GILSTRAP, CYNTHIA J. TYLER, THOMAS FRIEDMAN, JEREMY SHEPPECK, ALOYSIUS J. BROWN, III, ANNE M. RINALDI, LAURA J. WARNER, BARBARA HEATH, KATHLEEN LINDA PITLOCK, KATHLEEN WEISS, MATTHEW A. HOSKING, DIANE URBANEC, ED MACAULEY, RONNA HAMELIN, JAMES L. NESMITH, LAUREN ALBERT, SUE ROBERTS, SHANE S. DAVIS, SUE ELLEN GORDON, CHARLES LEONARD PELTON, SR, KIMBERLY WHITESIDE BROOKS, STEVEN D. CAMPBELL, and JESSICA MOYER, Individually and on Behalf of All Others Similarly Situated, | **CASE NO. 3:11-CV-04035-EMC** |
| | **SPECIALLY APPEARING DEFENDANT HARPERCOLLINS PUBLISHERS L.L.C.'S CERTIFICATE OF INTERESTED PERSONS** |
| | [CIVIL LOCAL RULE 3-16] |
| Plaintiffs, | |
| vs. | |
| APPLE INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, INC.; MACMILLAN PUBLISHERS, INC.; PENGUIN GROUP (USA) INC.; and SIMON & SCHUSTER, INC., | |
| Defendants. | |

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: News Corporation.

DATED: September 8, 2011

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


By: /s/ Raoul D. Kennedy
RAOUL D. KENNEDY

525 University Ave., Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorneys for Specially Appearing Defendant
HARPERCOLLINS PUBLISHERS L.L.C.