1  RAOUL D. KENNEDY (STATE BAR NO. 40892)
   Raoul.Kennedy@skadden.com
2  RICHARD S. HORVATH, JR. (STATE BAR NO. 254681)
   Richard.Horvath@skadden.com
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue, Suite 1100
4  Palo Alto, California 94301
   Telephone: (650) 470-4500
5  Facsimile:  (650) 470-4570

6  PAUL M. ECKLES (STATE BAR NO. 181156)
   Paul.Eckles@skadden.com
7  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   4 Times Square
8  New York, New York 10036
   Telephone: (212) 735-3000
9  Facsimile:  (212) 735-2000

10 Attorneys for Specially Appearing Defendant
   HARPERCOLLINS PUBLISHERS L.L.C.
11

12                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
13                         **SAN FRANCISCO DIVISION**

14 CHRISTIAN GILSTRAP, CYNTHIA J.              ) **CASE NO. 3:11-CV-04035-EMC**
   TYLER, THOMAS FRIEDMAN, JEREMY              )
15 SHEPPECK, ALOYSIUS J. BROWN, III,           )
   ANNE M. RINALDI, LAURA J. WARNER,           ) **STIPULATION TO EXTEND TIME TO**
16 BARBARA HEATH, KATHLEEN LINDA               ) **RESPOND TO COMPLAINT**
                                               )
17 PITLOCK, KATHLEEN WEISS, MATTHEW            ) ORDER
   A. HOSKING, DIANE URBANEC, ED               )
18 MACAULEY, RONNA HAMELIN, JAMES              )
   L. NESMITH, LAUREN ALBERT, SUE              )
19 ROBERTS, SHANE S. DAVIS, SUE ELLEN          )
   GORDON, CHARLES LEONARD PELTON,             )
20 SR, KIMBERLY WHITESIDE BROOKS,              )
                                               )
21 STEVEN D. CAMPBELL, and JESSICA             )
   MOYER, Individually and on Behalf of All    )
22 Others Similarly Situated,                  )
                                               )
23              Plaintiffs,                    )
                                               )
24         vs.                                 )
                                               )
25 APPLE INC.; HACHETTE BOOK GROUP,            )
   INC.; HARPERCOLLINS PUBLISHERS,             )
26 INC.; MACMILLAN PUBLISHERS, INC.;           )
   PENGUIN GROUP (USA) INC.; and SIMON         )
27 & SCHUSTER, INC.,                           )
                                               )
28              Defendants.                    )

---

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**                      **CASE NO. 3:11-CV-04035-EMC**

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

WHEREAS, there have been multiple actions related to this case filed in both the Northern District of California and the Southern District of New York (the "Actions");

WHEREAS, the Court has entered an order in the first-filed action, *Petru,, et al. v. Apple, Inc., et al.* (11-cv-3892 N.D. Cal.) (the "*Petru* Action"), to extend the time to answer, move or otherwise respond to the complaint until December 15, 2011, without prejudice to the right of any party to seek a further adjustment to the schedule;

WHEREAS, the parties have agreed that the response date in this action should not come prior to the response date in the *Petru* Action;

WHEREAS, plaintiffs agree that submission of this Stipulation should be without prejudice to any of Plaintiffs' claims or defense of Hachette Book Group, Inc., HarperCollins Publishers L.L.C. (incorrectly sued as "HarperCollins Publishers, Inc."), Holtzbrinck Publishers, LLC d/b/a Macmillan (incorrectly sued as Macmillan Publishers, Inc.), Penguin Group (USA) Inc., Simon & Schuster, Inc., and Apple, Inc. (collectively, "Defendants");

WHEREAS, this stipulation to extend the time within which Defendants have to answer, move or otherwise respond to the complaint in this action will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, as follows:

1. Pursuant to Civil Local Rule 6-1(a), Defendants' time to answer, move or otherwise respond to the complaint is hereby extended to December 15, 2011, without prejudice to the right of any party to seek a further adjustment to the response date based on future developments;

2. If any of the Defendants that are a party to this Stipulation responds to a complaint in any of the Actions prior to the time provided in this Stipulation, Defendants will respond to the complaint in this action at the same time;

3. None of Plaintiffs' claims or Defendants' defenses are prejudiced or waived by its submission of this Stipulation; and

4. Defense counsel may file notices of appearance in this action without prejudice to their respective clients' jurisdictional or venue defenses.

DATED: September 7, 2011

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Raoul D. Kennedy
RAOUL D. KENNEDY

525 University Ave., Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorneys for Specially Appearing Defendant
HARPERCOLLINS PUBLISHERS L.L.C.

I, Raoul D. Kennedy, am the ECF User whose ID and password are being used to file this Stipulation to Extend Time To Respond To Complaint. In compliance with General Order 45, X.B., I hereby attest that each of the following signatories has concurred in this filing.

SHEARMAN & STERLING LLP

By: /s/ James Donato
JAMES DONATO

Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

Attorneys for Specially Appearing Defendant
HACHETTE BOOK GROUP, INC.

SIDLEY AUSTIN LLP

By: /s/ Samuel R. Miller
SAMUEL R. MILLER

555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Attorneys for Specially Appearing Defendant
HOLTZBRINCK PUBLISHERS, LLC D/B/A
MACMILLAN

2

| | |
|---|---|
| 1 | |
| 2 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 3 | |
| 4 | By:   /s/ Reginald D. Steer<br>          REGINALD D. STEER |
| 5 | 580 California Street, Suite 1500 |
| 6 | San Francisco, California 94104-1036<br>Telephone: (415) 765-9520<br>Facsimile: (415) 765-9501 |

AKIN GUMP STRAUSS HAUER & FELD LLP

By:   /s/ Reginald D. Steer
          REGINALD D. STEER

580 California Street, Suite 1500
San Francisco, California 94104-1036
Telephone: (415) 765-9520
Facsimile: (415) 765-9501

Attorneys for Specially Appearing Defendant
PENGUIN GROUP (USA) INC.

WEIL, GOTSHAL & MANGES LLP

By:   /s/ Gregory D. Hull
          GREGORY D. HULL

201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Specially Appearing Defendant
SIMON & SCHUSTER, INC.

GIBSON, DUNN & CRUTCHER LLP

By:   /s/ Daniel S. Floyd
          DANIEL S. FLOYD

333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7148
Facsimile: (213) 229-7520

Attorneys for Specially Appearing Defendant
APPLE INC.

HAGENS BERMAN SOBOL SHAPIRO LLP


By:   /s/ Jeff D. Friedman
        JEFF D. FRIEDMAN

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Attorneys for Plaintiffs

IT IS SO ORDERED

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA